UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIAN CAMPOS, ROBERTO BARAHONA, and MARTIN MORALES, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-01362-X |
| HMK MORTGAGE, LLC and HMK LTD., | § § § | |
| Defendants. | § § | |

# ORDER

This Court, having considered Plaintiffs' Motion to Compel Defendants to Properly Respond to Discovery Requests, and all other arguments and filings on record, hereby **grants** this motion in its entirety. It is **ordered** that the Defendants' objections to specifically enumerated Interrogatories, Requests for Production, and Requests for Admission in the Motion be stricken, and that Defendants properly respond to those requests included in Plaintiffs' Motion, including producing information and documents they have previously withheld. Defendants are further ordered to pay sanctions in the amount of $_____ to Plaintiffs.

**It is so ordered** this _____ day of _____, 2020.

_____
Brantley Starr
United States District Judge